No. 97–6695. PREWITT v. ALEXANDER ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6713. MOLLETT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–6714. MAYFIELD v. DETROIT NEWS ET AL. Ct. App. Mich. Certiorari denied.

No. 97–6717. MACPHEE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–6721. JONES v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–6728. GLEAN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–6733. HALL ET UX. v. BROOKSIDE COMMUNITY, INC. Sup. Ct. Del. Certiorari denied.

No. 97–6734. HENTZ v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 97–6735. GREEN v. GAITHER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 97–6736. ERDMAN v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6739. BROOKS v. CITY OF WINSTON-SALEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–6741. VILLAFUERTE v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6746. MARTS v. FOTI ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6756. SHELTON v. PITTSBURG COUNTY, OKLAHOMA, BOARD OF COMMISSIONERS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6757. RUTHERFORD v. ALDERMAN ET AL. C. A. 4th Cir. Certiorari denied.